United States Bankruptcy Court
Southern District of Illinois

In re:  Maxine P Jackson-Caldwell        )   Case No. 13-30525
                                         )
         Debtor                          )

## CERTIFICATION AND
## MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

COME NOW the Debtor Maxine P Jackson-Caldwell, by her attorney, John Sholar, and moves for entry of a discharge under Section 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

   A. Debtor has completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 has been filed with the Court.

   B. If Debtor owes a debt arising from: (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under Section 1964 of Title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years, then they have not claimed an exemption for their residence in an amount in excess of $125,000.00.

   C. All amounts payable by the debtor on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid;

   D. Debtor has not received a discharge in a case filed under Chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that their petition was filed in this case;

   E. Debtor has not received a discharge in a case filed under Chapter 13 of The Bankruptcy Code during the four-year period proceeding the date of the filing of this Motion;

   F. No criminal proceeding is pending against Debtor alleging that he is guilty of a felony; and

    G.    No civil case is pending against Debtor alleging that he is liable for any (a) violation of the Federal securities laws, and State securities laws; or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under Section 1964 of Title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

2.    Debtor has made all payments required by the confirmed Chapter 13 plan.

Signed on this March 12, 2018

/s/ Maxine P Jackson-Caldwell
Maxine P Jackson-Caldwell

/s/ John Sholar
John Sholar #6256669
Attorney for Debtor
2800 Buckmaster Lane
Suite B
Alton, Illinois 62002
(618) 465-6010
(618) 465-6201 FAX